George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225


Receipt # 10930
$ 475.09

January 26, 2016

*Lisa Bertino Beaser, Esq., Clerk of the Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re: Gerald L & Bonnie L Hamelynck; Case No. 11-21919-PRW
Request to Deposit Unclaimed Funds into the United States Treasury

FILED JAN 28 2016 BANKRUPTCY COURT ROCHESTER, NY

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $475.09. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Pluto Marketing<br>8700 State Line Rd Ste. 305<br>Leawood KS 66206 | $475.09 | Claims Register # 6 |

/s/_____
George M. Reiber, Trustee